STATE OF CONNECTICUT *v.* JASON MARCH

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 267 (AC 13019), is denied.

*Donald Dakers*, special public defender, in support of the petition.

*Carolyn K. Longstreth*, assistant state's attorney, in opposition.

Decided November 13, 1995

JOHN ANTHONY GRAHAM *v.* COMMISSIONER OF CORRECTION

The petitioner John Anthony Graham's petition for certification for appeal from the Appellate Court, 39 Conn. App. 473 (AC 13839), is denied.

*Paula Mangini Montonye*, assistant public defender, in support of the petition.

Decided November 13, 1995

ANTHONY JULIAN RAILROAD CONSTRUCTION COMPANY, INC. *v.* MARY ELLEN DRIVE ASSOCIATES ET AL.

The defendant Patrick Pacelli's petition for certification for appeal from the Appellate Court, 39 Conn. App. 544 (AC 13244), is denied.

*Edward R. Scofield*, in support of the petition.

*Thomas B. Pursell*, in opposition.

Decided November 13, 1995